JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

MOTOWN RECORD COMPANY, L.P.; CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; BMG MUSIC; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

**(b)** County of Residence of First Listed Plaintiff **New York County, NY**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

**Howard M. Klein (No. 33632)**       **Telephone:  (215).864.9600**
**Andrew Hanan (No. 69682)**          **Facsimile:  (215).864.9620**
**Conrad O'Brien Gellman & Rohn, P.C.**
**1515 Market Street, 16th Floor**
**Philadelphia, PA 19102-1916**

## DEFENDANT

**JOHN DOE**

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION
OF THE LAND INVOLVED.

Attorneys (If Known)

## II.  BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3.  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT (Place an 'X' in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | | Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 380 Other Personal | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 385 Property Damage | ☐ 730 Labor/Mgmt.Reporting | 405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | Injury | Product Liability | & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | Determination Under |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities- | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of |
| | Employment | ☐ 550 Civil Rights | | | State Statutes |
| | ☐ 446 Amer. w/Disabilities- | ☐ 555 Prison Condition | | | ☐ 890 Other Statutory Actions |
| | Other | | | | |
| | ☐ 440 Other Civil Rights | | | | |

## V.  ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 District Judge from Magistrate Judgment

Transferred from                                   Appeal to

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**)
*17 U.S.C. § 501 et seq.*

Brief description of the cause: *copyright infringement*

## VII.  REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**
Statutory damages; injunction

CHECK YES only if demanded in complaint
**JURY DEMAND:**    ☐ Yes    ☒ No

**VIII.  RELATED CASE(S)**  (See instructions)

**IF ANY**  JUDGE_____ DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD | |
|---|---|---|
| **June 14, 2007** | **s/ Andrew Hanan** | **69682** |

**FOR OFFICE USE ONLY**

RECEIPT#_____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA – DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff:  See Attachment A

Address of Defendant:  unknown

Place of Accident, Incident or Transaction:  The acts of infringement complained of herein occurred in this judicial district

*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed. R.Civ. P. 7.1(a))  Yes ☒  No ☐

Does this case involve multidistrict litigation possibilities?  Yes ☐  No ☒

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

_____

Civil cases are deemed related when yes is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
 Yes ☐  No ☒

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
 Yes ☐  No ☒

3.  Does this case involve the validity or infringement of a parent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
 Yes ☐  No ☒

Civil (Place √ in ONE CATEGORY ONLY):

A.  *Federal Question Cases:*
1.  ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2.  ☐ FELA
3.  ☐ Notice Act-Personal Injury
4.  ☐ Antitrust
5.  ☐ Patent
6.  ☐ Labor-Management Relations
7.  ☐ Civil Rights
8.  ☐ Habeas Corpus
9.  ☐ Securities Act(s) Cases
10.  ☐ Social Security Review Cases
11.  ☒ All other Federal Question Cases
     (Please specify)  Copyright

B.  *Diversity Jurisdiction Cases:*
1.  ☐ Insurance Contract and Other Contracts
2.  ☐ Airplane Personal Injury
3.  ☐ Assault, Defamation
4.  ☐ Marine Personal Injury
5.  ☐ Motor Vehicle Personal Injury
6.  ☐ Other Personal Injury (Please specify)
7.  ☐ Products Liability
8.  ☐ Products Liability -- Asbestos
9.  ☐ All other Diversity Cases
     (Please specify)

**ARBITRATION CERTIFICATION**

*(check appropriate Category)*

I, Andrew Hanan, counsel of record do hereby certify:

☒  Pursuant to Local Civil Rule Issue 53.2, Section 3 (c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒  Relief other than monetary damages is sought.

| DATE: June 14, 2007 | s/ Andrew Hanan | 69682 |
|---|---|---|
| | Attorney-at-Law | Attorney I.D. |

**NOTE**:  A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.**

| DATE: June 14, 2007 | **s/ Andrew Hanan** | 69682 |
|---|---|---|

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### ATTACHMENT A

Motown Record Company, L.P.
1755 Broadway, 6th Floor
New York, NY 10019
County of New York

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011
County of New York

Maverick Recording Company
9348 Civic Center Drive
Beverly Hills, CA 90210
County of Los Angeles

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404
County of Los Angeles

Capitol Records, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011
County of New York

SONY BMG MUSIC
ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211
County of New York

BMG Music
1540 Broadway
New York, NY 10036
County of New York

Warner Bros. Records Inc.
3300 Warner Blvd.
Burbank, CA 91505
County of Los Angeles

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MAVERICK RECORDING COMPANY, a California joint venture; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | : : : : : : : : : : : : : : : | CIVIL ACTION NO. |
| Plaintiffs, | : : | |
| v. | : : | |
| JOHN DOE , | : : | |
| Defendant. | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants.  (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)     Habeas Corpus – Cases brought under 28 U.S.C. §2241 THROUGH §2255                    (   )

(b)     Social Security – Cases requesting review of a decision of the Secretary of Health
        and Human Services denying a plaintiff Social Security Benefits                              (   )

(c)     Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.     (   )

(d)     Asbestos – Cases involving claims for personal injury or property damage from
        exposure to asbestos                                                                          (   )

(e)     Special Management – cases that do not fall into tracks (a) through (d) that are
        commonly referred to as complex and that need special or intense management by
        the court.  (See reverse side of this form for a detailed explanation of special
        management cases.)                                                                           (   )

(f)      Standard Management – Cases that do not fall into any one of the other tracks.          (**x**)


| June 14, 2007 | s/Andrew Hanan | |
| --- | --- | --- |
| **Date** | **Attorney-at-Law** | **Attorney for Plaintiffs** |
| **(215) 864-9600** | **(215) 864-9620** | ahanan@cogr.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MAVERICK RECORDING COMPANY, a California joint venture; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | : : : : : : : : : : : : : | CIVIL ACTION NO. |
|         Plaintiffs, | : : | |
|   v. | : : | |
| JOHN DOE , | : : | |
|         Defendant. | : : | |

## DISCLOSURE STATEMENT FORM

Please check one box:

~    The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒    The nongovernmental corporate parties, all Plaintiffs, in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____See Attachment A_____

_____

_____


June 14, 2007                    s/ Andrew Hanan
_____        _____
Date                              Signature

Counsel for:  PLAINTIFFS
_____

# DISCLOSURE STATEMENT FORM
## ATTACHMENT A

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent and subsidiary corporations, or other legal entities that are financially interested in the outcome of the case, as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

The following companies are parents of, or partners in Plaintiff MOTOWN RECORD COMPANY, L.P.:  UMG Recordings, Inc.; UMG Manufacturing & Logistics, Inc.; Universal Music Group Distribution, Corp.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded.  Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:  Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company.  EMI Group plc. is publicly traded in the U.K.

The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS AMERICA, INC.:  EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company.  EMI Group plc. is publicly traded in the U.K.

The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT:  USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff MAVERICK RECORDING COMPANY:  SR/MDM Venture Inc.; Maverick Partner Inc.; WBR/Sire Ventures Inc.; Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.  Warner Music Group Corp. is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded.  Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff WARNER BROS. RECORDS INC.:  WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

Dated: June 14, 2007          By:    s/ Andrew Hanan
                                     Howard M. Klein (No. 33632)
                                     Andrew Hanan (No. 69682)
                                     Conrad O'Brien Gellman & Rohn, P.C.
                                     1515 Market Street,  16th Floor
                                     Philadelphia, PA 19102-1916
                                     Telephone 215.864.9600
                                     Facsimile 215.864.9620

                                     Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOTOWN RECORD COMPANY, L.P., a : 
California limited partnership; CAPITOL : CIVIL ACTION NO.
RECORDS, INC., a Delaware corporation; :
VIRGIN RECORDS AMERICA, INC., a :
California corporation; SONY BMG :
MUSIC ENTERTAINMENT, a Delaware :
general partnership; MAVERICK :
RECORDING COMPANY, a California :
joint venture; BMG MUSIC, a New York :
general partnership; UMG RECORDINGS, :
INC., a Delaware corporation; and :
WARNER BROS. RECORDS INC., a :
Delaware corporation, :
                        :
           Plaintiffs, :
                        :
      v. :
                        :
JOHN DOE , :
                        :
           Defendant. :

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their complaint against Defendant, allege:

### JURISDICTION AND VENUE

1.     This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.     This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.     Venue in this District is proper.  <u>See</u> 28 U.S.C. §§ 1391(b), 1400(a).  Although the true identity of Defendant is unknown to Plaintiffs at this time, on information and belief, Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction

in this District is proper because Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs. On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide Defendant with the access to the Internet which facilitated Defendant's infringing activities.

**PARTIES**

4.      Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

5.      Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.      Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

7.      Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

8.      Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

9.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

2

10.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

11.     Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

12.     The true name and capacity of Defendant are unknown to Plaintiffs at this time. Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to Defendant by his or her ISP on the date and time of Defendant's infringing activity.  <u>See</u> Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of Defendant's true name.

**COUNT I**
**INFRINGEMENT OF COPYRIGHTS**

13.     Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

14.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings").  Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

15.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

16.     Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies the IP address with the date and time of capture and a list of copyrighted recordings that Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public.  Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution.  Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright.  (In addition to the sound recordings listed on Exhibit A, Plaintiffs are informed and believe Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing.  Exhibit A includes the currently-known total number of audio files being distributed by Defendant.)

17.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A.  These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.  These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

18.     Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

19.     As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against Defendant for each infringement of each copyrighted recording.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

20.     The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering that Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1.     For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.      For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.      For Plaintiffs' costs in this action.

4.      For Plaintiffs' reasonable attorneys' fees incurred herein.

5.      For such other and further relief as the Court may deem just and proper.


Dated: June 14, 2007            By:   s/ Andrew Hanan
                                      Howard M. Klein (No. 33632)
                                      Andrew Hanan (No. 69682)
                                      Conrad O'Brien Gellman & Rohn, P.C.
                                      1515 Market Street,  16th Floor
                                      Philadelphia, PA 19102-1916
                                      Telephone 215.864.9600
                                      Facsimile 215.864.9620

                                      Attorneys for Plaintiffs

**EXHIBIT A**

**JOHN DOE**

**IP Address:** 144.118.209.65 2007-02-28 18:16:03 EST          **CASE ID#** 120073856

**P2P Network:** GnutellaUS          **Total Audio Files:** 103

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | Be Not Nobody | 313-943 |
| Warner Bros. Records Inc. | Prince | Little Red Corvette | 1999 | 41-035 |
| BMG Music | NSYNC | I Want You Back | *NSYNC | 252-748 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Alive | J. To Tha L-O!: The Remixes | 309-337 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION       ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Eastern District of Pennsylvania** |
|---|---|
| DOCKET NO. | DATE FILED | **United States Courthouse**<br>**601 Market Street**<br>**Philadelphia, PA 19106-1797** |

| PLAINTIFF<br>**MOTOWN RECORD COMPANY, L.P.; CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; BMG MUSIC; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.** | | DEFENDANT<br>**JOHN DOE** |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | Amendment        Answer        Cross Bill        Other Pleading | |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order        Judgment | WRITTEN OPINION ATTACHED<br>Yes        No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**EXHIBIT A**

**JOHN DOE**

**IP Address:** 144.118.209.65 2007-02-28 18:16:03 EST          **CASE ID#** 120073856

**P2P Network:** GnutellaUS          **Total Audio Files:** 103

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | Be Not Nobody | 313-943 |
| Warner Bros. Records Inc. | Prince | Little Red Corvette | 1999 | 41-035 |
| BMG Music | NSYNC | I Want You Back | *NSYNC | 252-748 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Alive | J. To Tha L-O!: The Remixes | 309-337 |

AO 121 (6/90)

| TO: |  | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Eastern District of Pennsylvania** |
|---|---|
| DOCKET NO. | DATE FILED | **United States Courthouse**<br>**601 Market Street**<br>**Philadelphia, PA 19106-1797** |

| PLAINTIFF<br>**MOTOWN RECORD COMPANY, L.P.; CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; BMG MUSIC; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.** | DEFENDANT<br>**JOHN DOE** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | Amendment          Answer          Cross Bill          Other Pleading | |
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order          Judgment | WRITTEN OPINION ATTACHED<br>Yes          No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

**EXHIBIT A**

**JOHN DOE**

**IP Address:** 144.118.209.65 2007-02-28 18:16:03 EST          **CASE ID#** 120073856

**P2P Network:** GnutellaUS          **Total Audio Files:** 103

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | Be Not Nobody | 313-943 |
| Warner Bros. Records Inc. | Prince | Little Red Corvette | 1999 | 41-035 |
| BMG Music | NSYNC | I Want You Back | *NSYNC | 252-748 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Alive | J. To Tha L-O!: The Remixes | 309-337 |

AO 121 (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION        ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Eastern District of Pennsylvania** |
|---|---|
| DOCKET NO.                    DATE FILED | **United States Courthouse**<br>**601 Market Street**<br>**Philadelphia, PA 19106-1797** |

| PLAINTIFF | DEFENDANT |
|---|---|
| **MOTOWN RECORD COMPANY, L.P.; CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; BMG MUSIC; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.** | **JOHN DOE** |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | Amendment        Answer        Cross Bill        Other Pleading | |
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order        Judgment | WRITTEN OPINION ATTACHED<br>Yes        No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

**EXHIBIT A**

**JOHN DOE**

**IP Address:**  144.118.209.65 2007-02-28 18:16:03 EST                    **CASE ID#**  120073856

**P2P Network:**  GnutellaUS                                               **Total Audio Files:** 103

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | Be Not Nobody | 313-943 |
| Warner Bros. Records Inc. | Prince | Little Red Corvette | 1999 | 41-035 |
| BMG Music | NSYNC | I Want You Back | *NSYNC | 252-748 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Alive | J. To Tha L-O!: The Remixes | 309-337 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION        ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Eastern District of Pennsylvania** |
|---|---|
| DOCKET NO.                     DATE FILED | **United States Courthouse**<br>**601 Market Street**<br>**Philadelphia, PA 19106-1797** |

| PLAINTIFF<br>**MOTOWN RECORD COMPANY, L.P.; CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; BMG MUSIC; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.** | DEFENDANT<br><br>**JOHN DOE** |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | <u>See</u> Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | Amendment        Answer        Cross Bill        Other Pleading | |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order        Judgment | WRITTEN OPINION ATTACHED<br>Yes        No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

**EXHIBIT A**

**JOHN DOE**

**IP Address:**  144.118.209.65 2007-02-28 18:16:03 EST                    **CASE ID#**  120073856

**P2P Network:**  GnutellaUS                                                **Total Audio Files:** 103

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | Be Not Nobody | 313-943 |
| Warner Bros. Records Inc. | Prince | Little Red Corvette | 1999 | 41-035 |
| BMG Music | NSYNC | I Want You Back | *NSYNC | 252-748 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Alive | J. To Tha L-O!: The Remixes | 309-337 |

AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION          ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Eastern District of Pennsylvania** |
|---|---|
| DOCKET NO. | DATE FILED | **United States Courthouse**<br>**601 Market Street**<br>**Philadelphia, PA 19106-1797** |

| PLAINTIFF | DEFENDANT |
|---|---|
| **MOTOWN RECORD COMPANY, L.P.; CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; BMG MUSIC; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.** | **JOHN DOE** |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | Amendment        Answer        Cross Bill        Other Pleading |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>Order        Judgment | WRITTEN OPINION ATTACHED<br>Yes        No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

**EXHIBIT A**

**JOHN DOE**

**IP Address:** 144.118.209.65 2007-02-28 18:16:03 EST                    **CASE ID#** 120073856

**P2P Network:** GnutellaUS                                               **Total Audio Files:** 103

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | Be Not Nobody | 313-943 |
| Warner Bros. Records Inc. | Prince | Little Red Corvette | 1999 | 41-035 |
| BMG Music | NSYNC | I Want You Back | *NSYNC | 252-748 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Alive | J. To Tha L-O!: The Remixes | 309-337 |